# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

JAYLAN DEMONE PETE

VERSUS

AMERICAN INTER-FIDELITY
EXCHANGE, ET AL

NO.  2026 CW 0527

**JULY 13, 2026**

---

In Re:   USA Logistics, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 718888.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** This court requires a copy of the February 11, 2026 hearing transcript and all evidence introduced at the hearing.

Supplementation of this writ application and/or an application of rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 12, 2026, and must contain a copy of the ruling.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT